IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RUIZ,<br><br>          Petitioner,<br><br>   vs.<br><br>RICHARD J. KIRKLAND, Warden,<br><br>          Respondent. | No. C 05-1636 WHA (PR)<br><br>**ORDER TO REOPEN CASE;<br>SCHEDULING ORDER** |

This is a habeas case filed pro se by a state prisoner. After respondent had answered the order to show cause, petitioner's motion to amend the petition to add new claims and to stay the case to allow him to exhaust the new claims was granted. He now has filed a motion in which he abandons the unexhausted issues and asks that the stay be lifted and that he be allowed to proceed with the original claims.

The motion (document number 30 on the docket) is **GRANTED**. The stay is **LIFTED**. The clerk shall reopen the case.

Petitioner has abandoned the new issues he sought to exhaust, so as he requests the case will be decided, in its proper order, on the issues that have already been briefed.

**IT IS SO ORDERED.**

Dated: April    1   , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.05\RUIZ636.LIFT STAY.wpd